UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ANTHONY DAY, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) **Civil No. 07-97-P-S |
| UNITED STATES OF AMERICA, | ) Criminal No. 04-23-P-S |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 31, 2007, her Recommended Decision (Docket No. 19).  Movant, Anthony Day, filed his Objection to the Recommended Decision (Docket No. 22) on November 15, 2007.  The Government filed its response to Movant Day's Objection (Docket No. 23) on November 21, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.	It is hereby **ORDERED** that Movant's 28 U.S.C. § 2255 Motion for Relief (Docket No. 1) is **DENIED**.

/s/George Z. Singal  
Chief U.S. District Judge

Dated:  December 4, 2007